GEORGE FAIRGRIEVE v. STATE.

No. A-1682.    Opinion Filed September 9, 1913.

Appeal from County Court, Garfield County;
Winfield Scott, Judge.

D. W. Buckner, for appellant.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. This is a companion case to cause No. A-1681. The same error was committed in trial of this cause, as is pointed out in the preceding case. Judgment of the lower court is therefore reversed, and cause remanded for new trial.